**Order entered September 27, 2019**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-19-00542-CV

### QADREE CAMPBELL, Appellant

### V.

### ANGELA MARIE PECINA A/K/A ANGELA HOWELL, ET AL., Appellees

**On Appeal from the County Court at Law No. 4**
**Collin County, Texas**
**Trial Court Cause No. 004-01649-2018**

## ORDER

Before the Court is the September 25, 2019 second request of Denise Condran, Official Court Reporter for County Court at Law No. 4, for an extension of time to file the reporter's record. We **GRANT** the request and extend the time to **October 25, 2019**. We caution Ms. Condran that further extension requests will be disfavored.

/s/    ERIN A. NOWELL
       JUSTICE